In re DANOLIGHT FIXTURE CO., Inc., Bankrupt. Marshal Snyder, as Trustee in Bankruptcy, Appellant. Daniel Ceppos, Appellee.
No. 459.

Circuit Court of Appeals, Second Circuit.
June 27, 1933.

Copal Mintz, of New York City, for appellant.

Harry Gittleson, of Brooklyn, N. Y., for appellee.

Before L. HAND, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.
Order and judgment affirmed.

DIAMOND RUBBER CO., Inc., v. B. J. SEMMES, Trustee of Meister Tire Co., Bankrupt.
No. 6242.

Circuit Court of Appeals, Sixth Circuit.
April 12, 1933.

McDonald & McDonald, of Memphis, Tenn., for appellant.

R. Lee Bartels, of Memphis, Tenn., for appellee.

PER CURIAM.
Order of District Court affirmed.

Elise A. DREXLER, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.
No. 7169.

Circuit Court of Appeals, Ninth Circuit.
May 24, 1933.

Marcel E. Cerf, Henry Atkinson, and Herbert A. Leland, all of San Francisco, Cal., for petitioner.

C. M. Charest, Gen. Counsel, Bureau of Internal Revenue, of Washington, D. C., for respondent.

Before WILBUR, MACK, and GARRECHT, Circuit Judges.

PER CURIAM.
Upon motion of counsel for respondent, consented to by counsel for petitioner, ordered petition to review dismissed; mandate forthwith.

Everett J. ESSELSTYN, as Executor of the Last Will and Testament of Miss Sophia Curtiss, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.
No. 356.

Circuit Court of Appeals, Second Circuit.
May 29, 1933.

Donald Horne, of New York City, for appellant.

Norman D. Keller and Sewall Key, Sp. Assts. to Atty. Gen. (C. M. Charest, Gen. Counsel, Bureau of Internal Revenue, and Willam E. Davis, Sp. Atty., Bureau of Internal Revenue, both of Washington, D. C., of counsel), for appellee.

Before L. HAND, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.
Order affirmed.